# EXHIBIT A

**EXHIBIT A**
**REDACTED AND PSEUDONYMIZED COPY OF DOCUMENT REPLACING PLAINTIFF'S FULL NAME WITH "Y.S."[1]**

| 06/05/2026 | 121 | ORDER DENYING 120 Motion for Stay Pending Appeal. A stay pending appeal in not appropriate here. Mr. Y.S. has not shown irreparable harm because the scammers who threatened him already know his name and residential address, regardless of their appearance on the docket. *See M.M. v. Zavaras*, 139 F.3d 798, 803 (10th Cir. 1998) (finding relevant, the "fact the plaintiff's identity is already known."). The stay would also undermine the general interest in public court proceedings. As the Tenth Circuit stated, "[l]awsuits are public events," and that should be contravened "only in those exceptional cases." *Id.* at 803. Although Mr. Y.S. seeks only a temporary stay pending appeal, this case is nowhere near appeal. Appeals are typically only available after final judgment, and this issue is not eligible for certification for interlocutory appeal because it cannot "materially advance the ultimate termination of the litigation." 28 U.S.C. 1292(b). Because the potentially lengthy stay would not prevent irreparable harm and would contravene the public interest in open court proceedings, the stay is DENIED. SO ORDERED by Chief Judge Daniel D. Domenico on 06/05/2026. Text Only Entry.<br><br>For all non-e-filer *pro se* parties, a copy of this document has been sent via U.S. Mail to the mailing address of record. (agryan) (Entered: 06/05/2026) |
|---|---|---|

---

[1] In this exhibit, Plaintiff's full legal name has been redacted and replaced with the initials "Y.S." to protect Plaintiff's privacy and personal identifying information. The substitution is made solely for privacy and redaction purposes and does not alter the substance of the document.